Neil S. Lerner (SBN 134031)
Matthew Mihaly (SBN 302697)
**COX WOOTTON LERNER GRIFFIN & HANSEN LLP**
12011 San Vicente Boulevard, Suite 600
Los Angeles, California 90049
Telephone: (310) 440-0020
Facsimile: (310) 440-0015
Email: nsl@cwlfirm.com, mmihaly@cwlfirm.com
Attorneys for Petitioner, LIBERTY MUTUAL INSURANCE COMPANY

John A. V. Nicoletti
Robert Novak
Douglas K. Scheller
**NICOLETTI HORNIG & SWEENEY**
Wall Street Plaza
88 Pine Street
New York, NY 10005
Telephone: (212) 220-3830
Email: jnicoletti@nicolettihornig.com, rnovak@nicolettihornig.com,
New York Attorneys for Liberty Mutual Insurance Company

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY,<br><br>Petitioner,<br><br>vs.<br><br>IRON ROCK VENTURES, LLC,<br><br>Respondent. | Case No.: 2:24-mc-19<br><br>**NOTICE OF PENDENCY OF OTHER ACTIONS OR PROCEEDINGS**<br><br>[L.R. 83-1.4] |

Pursuant to Central District Local Rule 83-1.4, Petitioner Liberty Mutual Insurance Company ("Liberty Mutual") hereby provides notice that this petition involves "a material part of the subject matter" of a declaratory judgment action currently pending before the United States District Court for the Southern District of New York, captioned "Liberty Mutual Insurance Company v. Day to Day Imports, Inc. et al." and bearing case number 1:22-cv-02181-AT (the "New York Action"). C.D. Cal. L.R. 83-1.4.1

Liberty Mutual is a plaintiff in the New York Action. At issue in the New York Action is an insurance policy for certain goods/merchandise that had been stored and damaged while inside a warehouse located at 16325 South Avalon Boulevard, Gardena, California (the "Garden warehouse"). Liberty Mutual's insureds obtained loans from a bank, which required the pledging of certain assets, including goods and merchandise in the Gardena warehouse at the time of the fire, which are now owned by Iron Rock Ventures, LLC ("Iron Rock") through the sale of that inventory to Iron Rock. Liberty Mutual subpoenaed Iron Rock to provide documents and deposition testimony related to that inventory. As set forth in Liberty Mutual's motion to compel, Iron Rock failed to comply with the deposition subpoena.

In the New York Action: Defendant/Counterclaimant Day to Day Imports, Inc. is represented by Jeffrey Louis Schulman, Pasich LLP, 286 Madison Avenue, Ste 12th Floor, New York, NY 10017, 212-686-5000; Defendant/Counter Claimant Oxgord Inc., 16325 S. Avalon Blvd., Gardena, CA 90248, is proceeding *pro se;* Defendant/Counter Claimant Stanzino, Inc., 16325 S. Avalon Blvd., Garden, CA

1 | 90248, is proceeding *pro se*.

DATED: February 8, 2024

COX WOOTTON LERNER
GRIFFIN & HANSEN LLP
/s/Neil S. Lerner
Neil S. Lerner
Matthew Mihaly
Attorney for Petitioner, LIBERTY MUTUAL INSURANCE